**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>CARLOS TRUEBA-MORENO,<br><br>                    Defendant. | Case No.: **25-cr-04047-AGS**<br>                    25MJ5215<br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(1)(A)(i)<br>- Bringing In Certain Aliens<br>Other Than A Designated Port<br>of Entry (Felony);<br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(ii) –<br>Bringing in Aliens for<br>Financial Gain (Felony) and<br>Title 18, U.S.C., Sec. 2 –<br>Aiding and Abetting |

The United States Attorney charges:

Count 1

On or about September 22, 2025, within the Southern District of California, defendant, CARLOS TRUEBA-MORENO, with the intent to violate the immigration laws of the United States, did bring to the United States an alien, namely, Nicolas Fuente-Prisciliano, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i).

Count 2

On or about September 22, 2025, within the Southern District of California, defendant, CARLOS TRUEBA-MORENO, with the intent to violate

SDSI:vr:10/16/2025

the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Nicolas Fuente-Prisciliano, had not received prior official authorization to come to, enter, and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

DATED:    10/16/2025    .

ADAM GORDON
United States Attorney

*Stephen D. Simpson*

STEPHEN D. SIMPSON
Assistant U.S. Attorney

2